JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN A. SILVERMAN,<br><br>         Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK et al.,<br><br>         Defendants. | Case No. 2:23-cv-00693-SB-MAR<br><br>ORDER DISMISSING CASE |

    The parties have stipulated to stay the entirety of this action pending the conclusion of binding arbitration.  Dkt. No. 10.  "[A] district court may either stay the action or dismiss it outright when, as here, the court determines that all of the claims raised in the action are subject to arbitration."  *Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014).  This Court elects to dismiss the case without prejudice.  See *id*.; see also *Simula, Inc. v. Autoliv, Inc.*, 175 F.3d 716, 719 (9th Cir. 1999) (affirming dismissal where all claims were subject to arbitration). The Court will retain jurisdiction in the event that either party seeks to confirm or vacate the arbitration award.  In such event, the moving party shall file, along with its motion, a request to reopen the case for this limited purpose.

    This order will become final unless any party files a written objection to this procedure by no later than February 15, 2023 at 9:00 a.m.  If any objection is filed, all parties must appear at a status conference on February 17, 2023 at 8:30 a.m.  Absent an objection, no appearance shall be required.

IT IS SO ORDERED.

Date: February 10, 2023

                                                      Stanley Blumenfeld, Jr.<br>                                                      United States District Judge